MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

EDWARD R. FLUET (CABN 247203)
Special Assistant United States Attorney
    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5037
    FAX: (408) 535-5066
    Edward.fluet@usdoj.gov

Attorneys for the United States

**FILED**

JUN - 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTONIO BETANCOURT-BIRRIUTA, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR 13-70500 HRL <br><br> NOTICE OF DISMISSAL |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint without prejudice as to defendant Antonio Betancourt-Birruita.

DATED: June 3, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
EDWARD R. FLUET
Special Assistant United States Attorney

NOTICE OF DISMISSAL
CR 13-70500 HRL

1  Leave of Court is granted to the government to dismiss that Complaint without prejudice as to defendant
2  Antonio Betancourt Birriuta.
3
4  DATE: __6/3/13__
5  
   _____
   PAUL S. GREWAL
   United States Magistrate Judge

   HOWARD R. LLOYD

NOTICE OF DISMISSAL
CR 13-70500 HRL